**David A. ANTHONY, Petitioner,**

v.

**BOARD OF EDUCATION OF WELD COUNTY SCHOOL DISTRICT NO. 6, Respondent.**

**No. 90SC501.**

Supreme Court of Colorado.

Feb. 4, 1991.

### ORDER OF COURT AND MANDATE

IT IS THIS DAY ORDERED that the Petition for Certiorari shall be, and the same hereby is, GRANTED. The judgment of the Court of Appeals is vacated, and this cause is remanded to the Court of Appeals for reconsideration in light of *Frey*

---

*v. Adams County School District No. 14,* No. 89SC234, —— P.2d —— (Colo. Jan. 14, 1991).

NOW THEREFORE, this cause is remanded to the Court of Appeals for further proceedings in conformance with the judgment of this Court.